# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 16-153-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND DEADLINES

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that, effective as of the date hereof, certain deadlines in the Scheduling Order (D.I. 14), as previously modified (D.I. 61, 85, 105, 155), shall be extended to the extent set forth below, as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of fact discovery (additional fact discovery after July 21st shall be limited to the footnoted depositions)[1] | July 21, 2018 | July 21, 2018 |
| Opening expert reports for the party who has the initial burden of proof on the subject matter | August 24, 2018 | September 14, 2018 |
| Rebuttal expert reports to contradict or rebut evidence on the same matter identified by another party | September 21, 2018 | October 19, 2018 |
| Reply expert reports from the party with the initial burden of proof | October 12, 2018 | November 9, 2018 |
| Depositions of experts to be completed | November 2, 2018 | November 27, 2018 |

---

[1] The parties agree that the following fact depositions may be conducted after the close of fact discovery: Alan Powell, Sprint 30(b)(6) witness on Topic 14 of TC Tech's 3rd notice of 30(b)(6), Andy Block, Marcus Delgado, Thomas Williams, Ericsson, Nokia, and Qualcomm. Each side reserves its previously stated objections to the foregoing depositions. TC Tech has also requested a Rule 30(b)(6) Sprint witness on facts related to Sprint's 5th supplemental response to TC Tech's Interrogatory No. 6, as well as a deposition of Sprint's former CEO Mr. Dan Hesse. Sprint, TC Tech and Mr. Hesse are continuing to confer regarding these depositions, though no agreement has been reached.


[handwritten: circled "18"]

| | | |
|---|---|---|
| Case dispositive motions, and opening brief, and affidavits, if any | November 30, 2018 | December 14, 2018 |
| Case dispositive motions fully briefed | January 18, 2019 | January 28, 2019 |
| Pretrial Conference | April 26, 2019 | April 26, 2019 |
| Trial Date | May 13, 2019 | May 13, 2019 |

[handwritten initials: "RGA"]

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Farnan@rlf.com
Mowery@rlf.com

*Attorneys for Plaintiff TC Technology LLC*

/s/ Shanti M. Katona
Shanti M. Katona (#5352)
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skatona@polsinelli.com

*Attorney for Defendants Sprint Corporation and Sprint Spectrum, L.P.*

Dated: July 27, 2018

IT IS SO ORDERED this __30__ day of July, 2018.

_/s/ Richard G. Andrews_
UNITED STATES DISTRICT JUDGE

2