# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION AND SPRINT SPECTRUM, L.P.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:16-CV-00153 (RGA)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 14, 2018, Defendants Sprint Corporation and Sprint Spectrum, L.P. served the *Expert Report of James A. Proctor, Jr. Regarding Invalidity of the Asserted Claims* via electronic mail on the attorneys for Plaintiff TC Technology LLC listed below.

Kelly E. Farnan
farnan@rlf.com
Katharine L. Mowrey
mowery@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Gabriel S. Gross
gabe.gross@law.com
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Lawrence J. Gotts
lawrence.gotts@lw.com
Saswat Misra
Saswat.misra@lw.com
Latham & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004

Kevin L. Mallen
kevin.mallen@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 1002

| | |
|---|---|
| Daniel L. Reisner<br>daniel.reisner@arnoldporter.com<br>David S. Benyacar<br>David.benyacar@arnoldporter.com<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br><br>Dated:  September 14, 2018<br>          Wilmington, Delaware | Stephanie  Solomon<br>stephaniesolomon@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br><br>**POLSINELLI PC**<br><br>*/s/ Shanti M. Katona*<br>Shanti M. Katona (Del. Bar No. 5352)<br>Christina M. Belitz (Del. Bar No. 6135)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>skatona@polsinelli.com<br>cbelitz@polsinelli.com<br><br>**Attorneys for Defendants Sprint Corporation and Sprint Spectrum, L.P.** |
| Of Counsel:<br><br>Robert H. Reckers<br>David Morehan<br>SHOOK, HARDY & BACON LLP<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002-2926<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br>dmorehan@shb.com<br><br>Chrissie Guastello<br>Jordan Bergsten<br>Colman McCarthy<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>cguastello@shb.com<br>jbergsten@shb.com<br>cmccarthy@shb.com | |

65233717.1