**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TC TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  16-153-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT | ) | |
| SPECTRUM, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

their undersigned counsel and subject to the approval of the Court, that the time within which

Plaintiff TC Technology must file its Reply Brief in further support of its Motion for Leave to

Amend Complaint (D.I. 230) is extended through and including November 16, 2018.


   */s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
Farnan@rlf.com
Mowery@rlf.com

*Attorneys for Plaintiff TC Technology LLC*


*/s/ Shanti M. Katona*

Shanti M. Katona (#5352)
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skatona@polsinelli.com

*Attorney for Defendants Sprint Corporation*
*and Sprint Spectrum, L.P.*


Dated:  October 30, 2018


IT IS SO ORDERED this _____ day of October, 2018.


_____
UNITED STATES DISTRICT JUDGE