# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>SPRINT CORPORATION AND SPRINT SPECTRUM, L.P.,<br><br>     Defendants. | Case No.  1:16-CV-00153 (RGA)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 13, 2018, Defendants Sprint Corporation and Sprint Spectrum, L.P. served the *Reply Invalidity Expert Report of James A. Proctor, Jr.* via electronic mail on the attorneys for Plaintiff TC Technology LLC listed below.

Kelly E. Farnan
farnan@rlf.com
Katharine L. Mowrey
mowery@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Lawrence J. Gotts
lawrence.gotts@lw.com
Saswat Misra
Saswat.misra@lw.com
Latham & Watkins LLP
555 Eleventh Street, NW Suite 1000
Washington, D.C. 20004

Gabriel S. Gross
gabe.gross@law.com
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025

Kevin L. Mallen
kevin.mallen@lw.com
Latham & Watkins LLP
885 Third Avenue
New York, NY 1002

66106422.1

Daniel L. Reisner
daniel.reisner@arnoldporter.com
David S. Benyacar
David.benyacar@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

Dated:  November 13, 2018
            Wilmington, Delaware

Stephanie  Solomon
stephaniesolomon@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Shanti M. Katona (Del. Bar No. 5352)
Christina M. Belitz (Del. Bar No. 6135)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com
cbelitz@polsinelli.com

***Attorneys for Defendants Sprint Corporation
and Sprint Spectrum, L.P.***

Of Counsel:

Robert H. Reckers
David Morehan
SHOOK, HARDY & BACON LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com
dmorehan@shb.com

Chrissie Guastello
Jordan Bergsten
Colman McCarthy
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
cguastello@shb.com
jbergsten@shb.com
cmccarthy@shb.com

66106422.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was served upon all counsel of record via the United States District Court for the District of Delaware's ECF Document Filing System on the 13th day of November, 2018.


_/s/ Shanti M. Katona_
Shanti M. Katona (Del. Bar No. 5352)

3