# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT | ) |
| SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 26, 2019, true and correct copies of: (1) Supplemental Expert Report of Mr. Regis J. Bates Jr. Regarding Infringement of U.S. Patent 5,815,488; and (2) Supplemental Expert Report of Mr. Mark Frappier, were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
Shanti M. Katona
Christina Marie Belitz
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skatona@polsinelli.com
cbelitz@polsinelli.com

Gary M. Miller
111 S. Wacker Dr., 51st Floor
Chicago, IL 60606
(312) 704-7700
gmiller@shb.com

**VIA ELECTRONIC MAIL**
Robert H. Reckers
David Morehan
Colman McCarthy
Kyle E. Friesen
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
rreckers@shb.com
dmorehan@shb.com
cdmccarthy@shb.com
kfriesen@shb.com

Chrissie Guastello
Jordan Bergsten
Lydia C. Raw
Thomas Patton
B. Trent Webb
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MI 64108

RLF1 21176811v.1

|  |  |
|---|---|
| | (816) 474-6550 |
| | cguastello@shb.com |
| | jbergsten@shb.com |
| | lraw@shb.com |
| | tpatton@shb.com |
| | bwebb@shb.com |
| OF COUNSEL: | /s/ Katharine L. Mowery |
| | Kelly E. Farnan (#4395) |
| Lawrence J. Gotts | Katharine L. Mowery (#5629) |
| Kyle S. Smith | Richards, Layton & Finger, P.A. |
| Latham & Watkins LLP | One Rodney Square |
| 555 Eleventh St., NW, Suite 1000 | 920 N. King Street |
| Washington, D.C. 20004 | Wilmington, DE  19801 |
| (202) 637-2200 | (302) 651-7700 |
| | Farnan@rlf.com |
| Kevin L. Mallen | Mowery@rlf.com |
| Latham & Watkins LLP | |
| 885 Third Avenue | *Attorneys for Plaintiff TC Technology LLC* |
| New York, NY 10022-4834 | |
| (212) 906-1200 | |

Gabriel S. Gross
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628

Stephanie N. Solomon
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Kent A. Yalowitz
David S. Benyacar
Daniel L. Reisner
Maxwell C. Preston
Michael J. Block
David Russell
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000

Dated:  April 26, 2019