# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 21, 2019, true and correct copies of: (1) Supplemental Reply Expert Report of Mr. Mark Frappier; (2) Supplemental Reply Expert Report of Mr. Regis J. Bates Jr. Regarding Infringement of U.S. Patent 5,815,488; (3) Supplemental Expert Report of Mr. Regis J. Bates Jr. Regarding Validity of U.S. Patent 5,815,488; and (4) Supplemental Reply and Rebuttal Expert Report of Michael Adams, were caused to be served on the following counsel as indicated:

**VIA ELECTRONIC MAIL**
R. Montgomery Donaldson
Christina Marie Belitz
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
rmdonaldson@polsinelli.com
cbelitz@polsinelli.com

Gary M. Miller
111 S. Wacker Dr., 51st Floor
Chicago, IL 60606
(312) 704-7700
gmiller@shb.com

**VIA ELECTRONIC MAIL**
Robert H. Reckers
David Morehan
Colman McCarthy
Kyle E. Friesen
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(713) 227-8008
rreckers@shb.com
dmorehan@shb.com
cdmccarthy@shb.com
kfriesen@shb.com

Chrissie Guastello
Jordan Bergsten
Lydia C. Raw
Thomas Patton

|  |  |
|---|---|
|  | B. Trent Webb<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MI 64108<br>(816) 474-6550<br>cguastello@shb.com<br>jbergsten@shb.com<br>lraw@shb.com<br>tpatton@shb.com<br>bwebb@shb.com |
| OF COUNSEL: |   /s/ Katharine L. Mowery<br>Kelly E. Farnan (#4395) |
| Lawrence J. Gotts<br>Kyle S. Smith<br>Latham & Watkins LLP<br>555 Eleventh St., NW, Suite 1000<br>Washington, D.C. 20004<br>(202) 637-2200 | Katharine L. Mowery (#5629)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>Farnan@rlf.com |
| Kevin L. Mallen<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>(212) 906-1200 | Mowery@rlf.com<br><br>*Attorneys for Plaintiff TC Technology LLC* |
| Gabriel S. Gross<br>Latham & Watkins LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 463-2628 |  |
| Stephanie N. Solomon<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000 |  |
| Kent A. Yalowitz<br>David S. Benyacar<br>Daniel L. Reisner<br>Maxwell C. Preston<br>Michael J. Block<br>David Russell<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street |  |

2

3

New York, NY 10019
(212) 836-8000

Dated:  June 21, 2019