**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-RGA |
| v. | ) |
| | ) **PUBLIC VERSION** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL ADAMS
IN SUPPORT OF TC TECHNOLOGY'S OPPOSITION
<u>CLAIM CONSTRUCTION BRIEF ON "CENTRAL LOCATION"</u>**

Of Counsel:

Lawrence J. Gotts
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Lawrence.Gotts@lw.com
Saswat.Misra@lw.com

Kevin L. Mallen
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200
Kevin.Mallen@lw.com

Gabriel S. Gross
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628
Gabe.Gross@lw.com

Stephanie N. Solomon

Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Farnan@rlf.com
Mowery@rlf.com

*Attorneys for Plaintiff TC Technology LLC*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Stephaniesolomon@quinnemanuel.com

David S. Benyacar
Daniel L. Reisner
Maxwell C. Preston
Michael J. Block
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
david.benyacar@arnoldporter.com
daniel.reisner@arnoldporter.com
maxwell.preston@arnoldporter.com
michael.block@arnoldporter.com

Dated: October 23, 2019

I, Michael Adams, hereby declare:

1. I am an independent consultant retained by Plaintiff TC Technology LLC ("Plaintiff" or "TC Tech") as a technical expert in this action and have been asked to provide my opinions with respect to issues relating to claim construction of the term "central location" in United States Patent No. 5,815,488 (the "'488 patent").

2. I have personal knowledge of the facts upon which I declare. I have read and understood the '488 patent and other materials cited herein.

3. I am over 21 and, if called as a witness at trial or in a hearing, could and would competently testify to the facts and opinions I set forth in this declaration.

4. I incorporate my expert report, "Supplemental Reply and Rebuttal Expert Report of Michael Adams." D.I. 398, Exhibit E.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing, including material that I have incorporated herein, is true and correct and that this declaration was executed on board Queen Mary 2, in the mid-Atlantic, on October 23, 2019.

Michael Adams

---

[1] Exhibits referenced in my report are attached to the Declaration of Michael J. Block in Support of TC Tech's Opposition Claim Construction Brief.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2019, true and correct copies of the foregoing document were caused to be filed with the Clerk of Court via CM/ECF, which will send notification of the filing to counsel of record, and I further certify that true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY E-MAIL**
R. Montgomery Donaldson
Christina B. Vavala
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**BY E-MAIL**
Chrissie Guastello
Jordan Bergsten
Lydia C. Raw
Thomas Patton
B. Trent Webb
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MI 64108

**BY E-MAIL**
Robert H. Reckers
David Morehan
Colman McCarthy
Kyle E. Friesen
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

**BY E-MAIL**
Gary M. Miller
Shook, Hardy & Bacon LLP
111 S. Wacker Dr., 51st Floor
Chicago, IL 60606

**BY E-MAIL**
David E. Finkelson
Brian D. Schmalzbach
McGuireWoods LLP
Gateway Plaza 800 East Canal Street
Richmond, VA 23219

*/s/ Katharine L. Mowery*
Katharine L. Mowery (#5629)
Mowery@rlf.com