**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO CONTINUE TRIAL**

Defendants Sprint Corporation and Sprint Spectrum, L.P. (together, "Sprint") respectfully move the Court to continue the trial presently scheduled to begin December 3, 2019. In support of this motion, Sprint states the following:

1. This case is scheduled for a five-day trial beginning Tuesday, December 3, 2019.

2. During a pre-trial status call on November 21, 2019, TC Tech counsel raised the issue that there was a 10-day criminal trial also scheduled to begin December 3, 2019, and requested guidance on whether the trial date in our matter was in jeopardy, as attorneys and witnesses would be otherwise be traveling over the holidays to prepare for trial.

3. On November 22, both parties had counsel attend the criminal case's pretrial conference, hoping to gain some insight as to whether the trial would actually go forward. Counsel's impression was that the criminal trial was highly likely to go forward. This impression is only reinforced by public filings and reporting on that criminal case.

4. The granting of a continuance of a trial is within the Court's discretion. *Fontana v. United Bonding Ins. Co.*, 468 F.2d 168, 169 (3d Cir. 1972). Some factors considered when determining whether to grant a continuance are: prejudice to the requesting party, prior

71455750.1

delays, time constraints on the court and opposing counsel, good faith of the requesting party, the timing of the request, and the ability to obtain evidence. 9 Wright & Miller, Federal Practice & Procedure § 2352, pp. 234-43 (2d ed. 1971).

5. Under the circumstances here, the December 3 trial date should be continued. As of today, November 27, 2019, the criminal trial shows every indication that it will go forward on December 3, 2019, and Sprint counsel is aware of no reason why it would not do so.

6. TC Tech will not be prejudiced by moving trial. The sole patent at issue in this case expired in 2015, and TC Tech did not file suit in this case until 2016. This case therefore has no bearing on any ongoing rights or pressing business interest of TC Tech or its owner. This trial has already been continued once this year, from a date in May 2019. *See* D.I. 373.

7. On the other hand, Sprint and its attorneys, staff, witnesses, and vendors will be prejudiced if trial is not continued. Sprint has over a dozen attorneys, staff members, witnesses, and vendors who are currently planning to fly to Delaware on or after Thursday, November 28, if this trial is not continued before that date. Many of these individuals are traveling out of town to be with their family on the Thanksgiving holiday, and will have to cut those visits short to fly to Delaware if this trial is not continued.

8. Sprint counsel raises these concerns in good faith, and for the same reasons raised by TC Tech counsel at last week's teleconference. TC Tech has stated that it opposes this motion.

**WHEREFORE**, Sprint requests that this Court issue an order continuing the December 3, 2019 trial date. Additionally, Sprint requests that the Court schedule a teleconference to set a new trial date at the Court's convenience.

*Of Counsel*:

B. Trent Webb
Christine Guastello
Jordan T. Bergsten
Colman D. McCarthy
Thomas M. Patton
Lydia C. Raw
**SHOOK, HARDY & BACON LLP**
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
cguastello@shb.com
jbergsten@shb.com
cdmccarthy@shb.com
tpatton@shb.com
lraw@shb.com

Robert H. Reckers
David Morehan
Kyle E. Friesen
Fiona A. Bell
**SHOOK, HARDY & BACON LLP**
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com
dmorehan@shb.com
kfriesen@shb.com
fbell@shb.com

Gary M. Miller
**SHOOK, HARDY & BACON LLP**
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
gmiller@shb.com

Dated: November 27, 2019

Respectfully submitted,

*/s/ Christina B. Vavala*
R. Montgomery Donaldson (#4367)
Christina B. Vavala (#6135)
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
rmdonaldson@polsinelli.com
cvavala@polsinelli.com

*Counsel for Defendants Sprint Corporation and Sprint Spectrum, L.P.*