**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-153-RGA |
| | ) |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

## PROPOSED AMENDED FINAL JURY INSTRUCTIONS

Plaintiff TC Technology attaches hereto the parties' proposed amended final jury instructions, which incorporate the proposed changes annotated in the instructions filed as Exhibit B to D.I. 461, filed on November 20, 2019, and include additional edits thereto.

Of Counsel:

Lawrence J. Gotts
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Lawrence.Gotts@lw.com

Gabriel S. Gross
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628
Gabe.Gross@lw.com

Kevin L. Mallen
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
(212) 906-1200
Kevin.Mallen@lw.com

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Farnan@rlf.com
Mowery@rlf.com

*Attorneys for Plaintiff TC Technology LLC*

Dated:  December 1, 2019

Stephanie N. Solomon
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
Stephaniesolomon@quinnemanuel.com

David S. Benyacar
Daniel L. Reisner
Kent A. Yalowitz
Maxwell C. Preston
Michael J. Block
David C. Russell
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
David.Benyacar@arnoldporter.com
Daniel.Reisner@arnoldporter.com
Kent.Yalowitz@arnoldporter.com
Maxwell.Preston@arnoldporter.com
Michael.Block@arnoldporter.com
David.Russell@arnoldporter.com