## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TC TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 16-153-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Marc A. Cohn of Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave, NW, Washington, DC 20001-3743, to represent Plaintiff TC Technology LLC in the above-captioned action.

_/s/ Katharine L. Mowery_
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
Farnan@rlf.com
Mowery@rlf.com

Dated:  December 1, 2019                    *Attorneys for Plaintiff TC Technology LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am familiar with the Court's Local Rules.  In accordance with the Revised Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Dated:  November 30, 2019

Marc A. Cohn
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743