**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TC TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 16-153-WCB |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | § § § § | |
| *Defendants*. | § § | |

## ORDER

A final pretrial conference will be conducted in this case at 10:00 a.m. on July 31, 2020, at the National Courts Building, 717 Madison Place, NW, Washington, DC, in courtroom 402.

The trial will start at 9:00 a.m. on August 24, 2020, at the J. Caleb Boggs Federal Building, 844 North King St., Wilmington, DE, in courtroom 4B.

IT IS SO ORDERED.

SIGNED this 20th day of December, 2019.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE