IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-WCB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Plaintiff TC Technology LLC to file any opposition to Defendants' Motion and Order for Admission *Pro Hac Vice* (D.I. 504) is hereby extended to and including Tuesday, May 26, 2020.

| | |
|---|---|
| /s/ *Kelly E. Farnan* | /s/ *Stephen J. Kraftschik* |
| Kelly E. Farnan (#4395) | Stephen J. Kraftschik (#5623) |
| Katharine L. Mowery (#5629) | Christina B. Vavala (#6135) |
| Richards, Layton & Finger, P.A. | Polsinelli PC |
| One Rodney Square | 222 Delaware Avenue, Suite 1101 |
| 920 N. King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 252-0924 |
| (302) 651-7700 | skraftschik@polsinelli.com |
| Farnan@rlf.com | cvavala@polsinelli.com |
| Mowery@rlf.com | |
| | *Attorney for Defendants Sprint Corporation and Sprint Spectrum, L.P.* |
| *Attorneys for Plaintiff TC Technology LLC* | |

Dated: May 21, 2020

IT IS SO ORDERED this 21st day of May, 2020.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE