IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 16-153 (WCB) |
| | ) |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Josh A. Krevitt, Brian Rosenthal and Stuart M. Rosenberg of GIBSON, DUNN & CRUTCHER LLP to represent defendants Sprint Corporation and Sprint Spectrum, L.P. in this matter.

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Defendants Sprint Corporation and Sprint Spectrum, L.P.*

May 7, 2020

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Josh A. Krevitt, Brian Rosenthal and Stuart M. Rosenberg is granted.

SIGNED this 27th day of May, 2020.

_William C. Bryson_
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid _ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted **X** to the Clerk's Office upon the filing of this motion.

Date: May 7, 2020                                    /s/ Josh A. Krevitt
                                                      Josh A. Krevitt
                                                      GIBSON, DUNN & CRUTCHER LLP
                                                      200 Park Avenue
                                                      New York, NY 10166
                                                      (212) 351-4000
                                                      jkrevitt@gibsondunn.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid _ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted **X** to the Clerk's Office upon the filing of this motion.

Date: May 7, 2020                    /s/ Brian Rosenthal
                                     Brian Rosenthal
                                     GIBSON, DUNN & CRUTCHER LLP
                                     200 Park Avenue
                                     New York, NY 10166
                                     (212) 351-4000
                                     brosenthal@gibsondunn.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid _ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted **X** to the Clerk's Office upon the filing of this motion.

Date: May 7, 2020                             */s/ Stuart M. Rosenberg*
                                              Stuart M. Rosenberg
                                              GIBSON, DUNN & CRUTCHER LLP
                                              1881 Page Mill Road
                                              Palo Alto, CA  94304
                                              (650) 849-5300
                                              srosenberg@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 7, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>Katharine L. Mowrey<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Lawrence J. Gotts<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, D.C. 20004<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gabriel S. Gross<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kent A. Yalowitz<br>David S. Benyacar<br>Daniel L. Reisner<br>Maxwell C. Preston<br>Michael J. Block<br>David Russell<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Stephanie Solomon                                        *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for Plaintiff*

                                                                      */s/ Stephen J. Kraftschik*

                                                                      Stephen J. Kraftschik (#5623)