

222 Delaware Avenue, Suite 1101, Wilmington, DE 19801 • (302) 252-0920

April 20, 2021

Stephen J. Kraftschik
(302) 252-0926
(302) 397-2659 (Fax)
skraftschik@polsinelli.com

**VIA E-FILING**

The Honorable William C. Bryson
United States Court of Appeals
 for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439

Re: *TC Technology LLC v. Sprint Corporation and Sprint Spectrum, L.P.,*
C.A. No. 16-153 (WCB)

Dear Judge Bryson:

I write on behalf of Defendants Sprint Corporation and Sprint Spectrum, L.P. ("Sprint") regarding the Court's Oral Order of April 15, 2020 (D.I. 549) requesting that the parties advise the Court of any "irreconcilable conflict" for the trial tentatively scheduled for November 15, 2021.

Counsel for Sprint have confirmed their own availability for a trial beginning on November 15, 2021. Sprint, however, has not yet been able to confirm the availability of certain key witnesses. Sprint, therefore, respectfully requests and proposes to submit this Friday, April 23, 2021, an update as to the availability of its witnesses and whether there is an irreconcilable conflict for a trial beginning on November 15, 2021.

Respectfully,

*/s/ Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)

SJK:ncf
cc: Counsel of Record (via E-Mail)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

77687675.2