**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 16-153-WCB |
| v. | ) |
| | ) |
| SPRINT CORPORATION AND SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL J. BLOCK IN SUPPORT OF PLAINTIFF'S CLAIM CONSTRUCTION BRIEF REGARDING "SET OF ORTHOGONAL BASEBAND FREQUENCIES"**

I, Michael J. Block declare that:

1. I am an associate at the law firm Arnold & Porter Kaye Scholer LLP, 250 West 55th St., New York, NY 10019, which represents Plaintiff TC Technology LLC in the above matter. I make the following statements based on personal knowledge.

2. Attached as **Exhibit A** is a true and accurate copy of an excerpt of Webster's New International Dictionary of the English Language Unabridged (1993), showing definitions of the word "set."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New York, NY on August 3, 2021.

*Michael J. Block*

_____

Michael J. Block