IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TC TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | Civil Action No. 16-153-WCB |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | § § § § | |
| *Defendants*. | § | |

# **ORDER**

The parties have offered October 19, October 20, and October 21, 2021, at 10 a.m. each day for the off-the-record meeting with the court to discuss evidentiary issues for the upcoming trial. Dkt. No. 573.

1. I will reserve October 19 and October 20 (in case we do not finish on October 19) for the meeting. I am willing to begin as early as 8 a.m., in order to reduce the likelihood that we will not finish in one day. However, if beginning before 10 a.m. is inconvenient for the parties, I am willing to start at 10 a.m.

2. As previously ordered, *see* Dkt. No. 568, at 6, I expect the parties to make every effort in advance of the meeting to reach agreement on as many exhibits as possible, thereby substantially reducing the total number of exhibits that remain in dispute.

3. One week before the meeting, the parties are directed to provide the court with electronic copies of all the exhibits remaining in dispute.

4. As previously noted, lead trial counsel will be expected to attend the meeting. Local counsel are not required to attend.

     5.  The meeting will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C., unless the state of the COVID-19 pandemic is such that an in-person meeting is not advisable, in which case the meeting will be conducted by teleconference.

     IT IS SO ORDERED.

     SIGNED this 9th day of August, 2021.

                                                    _____
                                                    WILLIAM C. BRYSON
                                                    UNITED STATES CIRCUIT JUDGE