IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-153 (WCB) |
| | ) |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendants Sprint Corporation and Sprint Spectrum, L.P. ("Sprint") hereby move to stay proceedings in this case pending final resolution of *ex parte* reexamination proceedings involving the patent-in-suit. The grounds for this motion are set forth in Sprint's opening letter brief submitted herewith.

POLSINELLI PC

*/s/ Stephen J. Kraftschik*
Stephen J. Kraftschik (#5623)
Christina B. Vavala (#6135)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920
skraftschik@polsinelli.com
cvavala@polsinelli.com

*Attorneys for Defendants Sprint Corporation and Sprint Spectrum, L.P.*

OF COUNSEL:

Josh Krevitt
Brian Rosenthal
Kate Dominguez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
T: 212.351.4000
F: 212.351.4035

B. Trent Webb
Christine Guastello
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
T: 816.474.6550
F: 816.421.5547

80017780.2

| | |
|---|---|
| Wayne Barsky | Robert H. Reckers |
| Jaysen S. Chung | SHOOK, HARDY & BACON LLP |
| Andrew Robb | JPMorgan Chase Tower |
| Emma Strong | 600 Travis Street, Suite 3400 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77002-2992 |
| 2029 Century Park East, Suite 4000 | T: 713.227.8008 |
| Los Angeles, CA 90067-3026 | F: 713.227.9508 |
| T: 310.552.8500 | |
| F: 310.551.8741 | |

David E. Finkelson
MCGUIREWOODS
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

September 22, 2021

## **7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for Plaintiff, and Plaintiff opposes the motion.

*/s/ Stephen J. Kraftschik*
_____
Stephen J. Kraftschik (#5623)

80017780.2

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 22, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan<br>Katharine L. Mowrey<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Lawrence J. Gotts<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW Suite 1000<br>Washington, D.C. 20004<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gabriel S. Gross<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David S. Benyacar<br>Daniel L. Reisner<br>Michael J. Block<br>David Russell<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

80017780.2

Stephanie Solomon  *VIA ELECTRONIC MAIL*
Gyu Shik (Kevin) Jang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for Plaintiff*

                                        */s/ Stephen J. Kraftschik*

                                        Stephen J. Kraftschik (#5623)