IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TC TECHNOLOGY LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 16-153-WCB |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | § § § § | |
| *Defendants*. | § § | |

## ORDER

In response to the February 1, 2022, order of the court, defendants Sprint Corporation and Sprint Spectrum L.P. ("Sprint") have submitted a letter "request[ing] a status conference be set to discuss case scheduling in light of statements made by TC Tech during the reexamination which impact claim scope." Dkt. No. 599. Sprint requests a status conference "to set a schedule for briefing on this issue and, should it become necessary, for the remaining pre-trial dates and trial." *Id.*

1. If Sprint wishes to present this issue to the court, it may do so by filing a motion and brief of no more than 15 pages within 10 days of the date of this order. TC Tech will be required to file a response of no more than 15 pages within 14 days of the filing and service of Sprint's brief. Sprint will be permitted to file a reply brief of no more than 5 pages within seven days of the filing and service of TC Tech's brief.

2. The parties are directed to meet and confer in an effort to agree on a date for trial in this case in the event that the trial goes forward. The parties should select three proposed trial weeks on which they can agree. The proposed weeks should not include the first full week of each month,

as I sit in the court of appeals on those weeks. The proposed weeks should also not include the weeks of May 9, 2022; July 11, 2022; and July 25, 2022, when I will be presiding over other trials. The parties should advise the court by February 18, 2022, at 3 p.m., of their proposed mutually agreeable trial dates  If the parties are not able to agree on three proposed weeks for trial, I will select a week and set the trial for that week.

      3. In light of the foregoing, a status conference is not necessary and would merely delay matters. If it becomes necessary to conduct a status conference at a later date, I will so advise the parties.

      4. The stay of proceedings entered on October 4, 2021, Dkt. No. 596, is hereby lifted.

IT IS SO ORDERED.

SIGNED this 4th day of Feburary, 2022.

_William C. Bryson_
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE