# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TC TECHNOLOGY LLC, | ) |
| | ) |
| *Plaintiff*, | ) C.A. No. 16-153-WCB |
| | ) |
| v. | ) |
| | ) |
| SPRINT CORPORATION and SPRINT SPECTRUM, L.P., | ) |
| | ) |
| *Defendants*. | ) |

## STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff TC Technology LLC ("TC Tech") and Defendants Sprint Corporation and Sprint Spectrum, L.P. (collectively, "Sprint") have entered into a Settlement Agreement resolving all claims asserted by TC Technology LLC in the above captioned action;

NOW THEREFORE, TC Tech and Sprint hereby stipulate, by and through their respective counsel, as follows:

1. The claims asserted by TC Tech are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and

2. Each party will bear its own costs and attorneys' fees.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Farnan@rlf.com
Katharine L. Mowery (#5629)
Mowery@rlf.com
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiff TC Technology LLC*

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
skraftschik@polsinelli.com
Christina B. Vavala (#6135)
cvavala@polsinelli.com
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0920

*Attorneys for Defendants Sprint Corporationand Sprint Spectrum, L.P.*

Dated: March 21, 2022

IT IS SO ORDERED this _____ day of March, 2022.

_____
UNITED STATES CIRCUIT JUDGE